Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 20,
2010.

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-10-00312-CV

___________________

 

Alcor, Inc., Appellant

 

V.

 

Krome Construction, Inc.,
Appellee



 



 

On
Appeal from the County Court at Law No. 10

Bexar County,
Texas



Trial Court Cause No. 345077

 



 

 

M E M O R
A N D U M   OPINION

This is an appeal from a judgment signed December 14,
2009.  On May 6, 2010, appellant filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly, the appeal is ordered dismissed.

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices
Brown, Sullivan, and Christopher.